```
                                                              FILED
                                                           July 30, 2025
    IN THE UNITED STATES DISTRICT COURT
      FOR THE WESTERN DISTRICT OF TEXAS              CLERK, U.S. DISTRICT COURT
              SAN ANTONIO DIVISION                   WESTERN DISTRICT OF TEXAS

                                                     BY: _____NM_____
                                                                    DEPUTY
```

| | |
|---|---|
| **PABLO E. GAY and** § | |
| **ANNA J. SUBIA-GAY,** § | |
| § | |
| Plaintiffs/Counter-Defendants, § | |
| § | **CASE NO. 5:23-cv-00754-OLG** |
| v. § | |
| § | |
| **ROCKET MORTGAGE, LLC,** § | |
| § | |
| Defendant/Counter-Plaintiff. § | |

### ORDER ON COUNTER-PLAINTIFF'S VOLUNTARY DISMISSAL <u>WITHOUT PREJUDICE</u>

On the below date, the Court considered the Notice of Voluntary Dismissal without Prejudice of Counter-Plaintiff Rocket Mortgage, LLC. Having considered the Notice and pleadings and papers on file, the Court finds that (1) upon dismissal of Rocket Mortgage's Counterclaims against Plaintiffs, all claims of all the parties are fully and finally disposed of and adjudicated, and (2) good cause exists to grant the relief requested by Rocket Mortgage.

**IT IS, THEREFORE, ORDERED** that Rocket Mortgage, LLC's Counterclaims against Plaintiffs Pablo E. Gay and Anna J. Subia-Gay are dismissed without prejudice, and that the Clerk of the Court is directed to close this case.

**SO ORDERED** this 30th day of July, 2025.

_(signature)_
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE